IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIRECTV, INC.,　　　　　　　　　　　　　　　　　　No. C03-02199 MJJ

　　　　　　Plaintiff,　　　　　　　　　　　　　　　　**ORDER OF CONDITIONAL DISMISSAL**

　　v.

ERIC AGNEW,

　　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　/

　　　　The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement between Plaintiff DIRECTV, Inc. and Defendant, Eric Agnew, and only as between these parties,

　　　　IT IS HEREBY ORDERED that Eric Agnew is dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated:　　　7/11/2005　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge