Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC AGNEW, et al.<br><br>Defendants. | Case No. CV-03-2199 MJJ<br><br>Hon. Martin J. Jenkins<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT ERIC AGNEW WITHOUT PREJUDICE AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant ERIC AGNEW ("Defendant"), through their respective counsel of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant. Each of said parties to bear its/his own costs and attorneys' fees.

The terms of the Confidential Settlement Agreement dated August 10, 2005 ("Agreement") entered into between the Defendant and DIRECTV require installment payments from Defendant, the last of which is not due to be received until November 2005. If the Defendant does not make the payments under the Agreement when due, DIRECTV is authorized to seek the entry of a Judgment in this action against Defendant pursuant to a Stipulation for Entry of Judgment ("Stipulation") executed by the parties concurrently with the Agreement. The

1  parties therefore have consented, and hereby further stipulate and consent to, the retention of
2  jurisdiction over them by this Court and to reference to a Magistrate Judge in this District for the
3  purpose of enforcing the payment terms of the Agreement, including entering a Judgment against
4  Defendant pursuant to the Stipulation. The parties therefore respectfully request that the Court
5  retain such jurisdiction.

6  DATED: August 31, 2005          Respectfully Submitted,

7                                  BUCHALTER, NEMER, FIELDS & YOUNGER
                                   A Professional Corporation
8

9

10                                 By:         Brandon Q. Tran
                                              Suzanne M. Burke
11                                     Attorneys for Plaintiff DIRECTV, Inc.

12 DATED: August 31, 2005          HANSON BRIDGETT MARCUS VLAHOS &
                                   RUDY LLP
13

14
                                   By:         /s/ E. Charles Cordes
15                                            E. Charles Cordes
                                       Attorneys for Defendant ERIC AGNEW
16

BNFY 653891v1                    -2-                         (CV-03-2199 MJJ)
**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT ERIC AGNEW WITHOUT
PREJUDICE AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1 **ORDER**

2   HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary
3 Dismissal of Defendant ERIC AGNEW ("Defendant") Without Prejudice and Request to Retain
4 Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court,
5 and good cause appearing therefore, IT IS HEREBY ORDERED:
6   (1) Defendant is hereby dismissed from this action without prejudice;
7   (2) Each of said parties to bear its/his own costs and attorneys' fees; and
8   (3) The Court shall retain jurisdiction over Plaintiff DIRECTV, Inc. and
9 Defendant to enforce the terms described above of the Settlement Agreement between those
10 parties dated August 10, 2005 and hereby refers any further proceedings in this action to enforce
11 such terms of the Settlement Agreement to a Magistrate Judge of this District.

12 Dated: 9/6/2005

13   _____
      Honorable Martin J. Jenkins
14    United States District Court
      Northern District of California

BNFY 653891v1                                -3-                              (CV-03-2199 MJJ)
**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT ERIC AGNEW WITHOUT
PREJUDICE AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**