1   Alan J. Kessel (Cal. Bar No.: 130707)
    Suzanne M. Burke (Cal. Bar No.: 188597)
2   Brandon Q. Tran (Cal. Bar No.: 223435)
    **BUCHALTER NEMER**
3   A Professional Corporation
    18400 Von Karman Avenue, Suite 800
4   Irvine, California 92612-0514
    Telephone: (949) 760-1121
5   Facsimile: (949) 720-0182
    E-mail: btran@buchalter.com
6
    Attorneys for Plaintiff DIRECTV, INC.
7

8                   **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11  DIRECTV, INC., a California corporation,    Case No. CV-03-2199 MJJ

12              Plaintiff,                      Hon. Martin J. Jenkins

13          vs.                                 **REQUEST FOR VOLUNTARY DISMISSAL
                                                OF DEFENDANT ERIC AGNEW;**
14  ERIC AGNEW, et al.,                         **[~~PROPOSED~~] ORDER THEREON**

15              Defendants.

16

17          Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV")

18  hereby respectfully requests that the Court enter an Order dismissing the above-captioned action

19  with prejudice as to Defendant Eric Agnew ("Defendant"). This request is made on the grounds

20  that Defendant and DIRECTV have entered into an agreement settling this matter, wherein

21  DIRECTV agreed, upon performance in full of the terms of the agreement, to voluntarily dismiss

22  this action against Defendant with prejudice, each party to bear its/his own attorneys' fees and

23  costs incurred in this action to date.

24          Although on September 6, 2005 this Court dismissed without prejudice

25  DIRECTV's claims against Defendant, DIRECTV is obligated under the terms of the settlement

26  agreement to, upon performance in full of the terms of the agreement, take all reasonable steps to

27  obtain a dismissal of this action with prejudice against Defendant, each party to bear its/his own

28  costs and attorneys' fees. DIRECTV files this Request in fulfillment of that obligation.

1    Defendant answered the Complaint on or about March 28, 2005.  DIRECTV,

2 therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court

3 order.  Fed. R. Civ. P. 41(a).  Accordingly, DIRECTV respectfully requests the entry of such an

4 order dismissing Defendant with prejudice.

5 DATED: January 30, 2006                    Respectfully Submitted,

6                                            BUCHALTER NEMER
                                             A Professional Corporation
7

8                                            By:_____/s/ Brandon Q. Tran_____
9                                                     Brandon Q. Tran
                                             Attorneys for Plaintiff DIRECTV, Inc.
10

11                                   **<u>ORDER</u>**

12    Having read the foregoing Request for Voluntary Dismissal of Defendant

13 Eric Agnew filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed

14 appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as

15 follows:

16    1.    This action is hereby dismissed with prejudice as against Defendant Eric Agnew;

17    2.    Each party shall bear its/his own attorneys' fees and costs incurred in this action to

18 date.

19

20 DATED:  2/7/2006

21                                           _____

22                                           Honorable Martin J. Jenkins
                                             United States District Court
23                                           Northern District of California

24

25

26

27

28

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT ERIC AGNEW;**
**[PROPOSED] ORDER THEREON**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.